1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MATTHEW B. CRAMER,

11              Plaintiff,                    No. CIV S-08-1356 EFB P

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14
                Defendants.              ORDER
15
     _____/
16

17        Plaintiff, a state prisoner without counsel, has filed a civil rights action.  *See* 42 U.S.C.

18   § 1983.

19        Plaintiff alleges a violation of his civil rights in Kern County, California.  Kern County is

20   in the Fresno Division of this court and the action should have been commenced there.  *See*

21   Local Rule 3-120(d).

22        Accordingly, it is hereby orderd that:

23        1.  This action is transferred to the Fresno Division.

24        2.  The Clerk of Court shall assign a new case number.

25   /////

26   /////

1

1    3. All future filings shall bear the new case number and shall be filed at:

2           United States District Court
            Eastern District of California
3           2500 Tulare Street
            Fresno, CA 93721
4

5   DATED:  September 3, 2008.

6

7                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26