# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>        Plaintiff,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>        Defendant. | CASE NO. 1:08-cv-01310-GSA PC<br><br>ORDER STRIKING DUPLICATIVE, UNSIGNED MOTION<br><br>(Doc. 13)<br><br>ORDER DENYING MOTION FOR STAY<br><br>(Doc. 12) |

       Plaintiff Matthew B. Cramer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. On March 4, 2009, Plaintiff filed an "amicus curiae motion" seeking to stay this action. (Doc. 12.) On March 5, 2009, Plaintiff filed an identical but unsigned motion, which shall be stricken from the record. (Doc. 13.)

       Plaintiff may not file an amicus curiae brief in his own case, and his attempt to offer information, via an amicus curiae brief, on other pending cases and how they might offer some benefit in the resolution of his own claims is rejected. Plaintiff's motion to stay is also denied. There are no grounds to stay this action. If Plaintiff wishes to voluntarily dismiss this case, he may do so by filing written notice. Fed. R. Civ. P. 41(a).

///
///
///
///

1

1 | Based on the foregoing, Plaintiff's motion to stay this action is HEREBY DENIED, and
2 | Plaintiff's duplicative, unsigned motion is STRICKEN.

IT IS SO ORDERED.

Dated:   **March 10, 2009**                     /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE