# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER,<br><br>    Defendant. | CASE NO. 1:08-cv-01310-GSA PC<br><br>ORDER STRIKING BRIEF<br><br>(Doc. 17) |

    Plaintiff Matthew B. Cramer is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 12132 (Americans with Disabilities Act) and 42 U.S.C. § 1983. This action was dismissed, with prejudice, on April 24, 2009, for failure to state a claim upon which relief may be granted. On November 30, 2009, Plaintiff filed what he entitled an amicus curiae brief. The intent of his brief is to inform the three-judge courts in case numbers 2:90-cv-00520-LKK-JFM Coleman v. Schwarzenegger, et al. (E.D.Cal.) and 3:01-cv-01351-THE Plata v. Schwarzenegger, et al. (N.D.Cal.) of conditions at the California Correctional Institution.

    Plaintiff was a party to this litigation, which is no longer pending. Accordingly, the filing of Plaintiff's brief in this action is not proper and serves no purpose. See Miller-Wohl Co., Inc. v. Comm'r of Labor and Indus. State of Mont., 694 F.2d 203, 204 (9th Cir. 1982) (amicus curiae not a party to the litigation, and traditionally fulfilled a role in assisting in cases of general public interest).

///

1   The brief is HEREBY ORDERED STRICKEN from the record.

4   IT IS SO ORDERED.

5   Dated:   **December 3, 2009**                    **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE